United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONA E. WILLIAMS,

    Plaintiff,

v.

KILOLO KIJAKAZI,

    Defendant.

Case No. 23-cv-05671-JD

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed *in forma pauperis* is granted. Pursuant to the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), no summons or order of service need follow.

**IT IS SO ORDERED.**

Dated: November 14, 2023

JAMES DONATO
United States District Judge